No. 04–194. HALL v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE. Sup. Ct. Pa. Certiorari denied.

No. 04–195. FRIERSON v. GOETZ. C. A. 6th Cir. Certiorari denied.

No. 04–196. GAUS v. CONAIR CORP. C. A. Fed. Cir. Certiorari denied.

No. 04–200. MARSHALL, WARDEN v. CALIENDO. C. A. 9th Cir. Certiorari denied.

No. 04–204. WALLACE, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF WALLACE, ET AL. v. OHIO DEPARTMENT OF COMMERCE, DIVISION OF STATE FIRE MARSHAL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 04–210. ENYEART v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 04–220. RHOADS v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–224. BEVINGTON v. OHIO UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–225. PEREZ v. NORWEGIAN-AMERICAN HOSPITAL, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–240. ROSE v. POTTER, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 04–243. COHEN ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 04–248. MCCREARY v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–257. MOTTL v. MISSOURI LAWYER TRUST ACCOUNT FOUNDATION ET AL. Ct. App. Mo., Western Dist. Certiorari denied.